**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x          04 CV 0551 (NG) (KAM)
**HAYDEN JACK,**

                            **Plaintiff,**

          **-against-**                                          **ORDER**

**BETH ISRAEL MEDICAL CENTER**
**and ERIC PHOA,**

                            **Defendants.**
-------------------------------------------------------x


**GERSHON, United States District Judge:**

          By order dated April 20, 2005, plaintiff was directed to advise the court by May 6, 2005

whether he wished to proceed with this action.  The court's order was served on plaintiff on

April 27, 2005 by regular mail with delivery confirmation.  To date, plaintiff has not contacted

the court.  As a result, this action is hereby dismissed for failure to prosecute pursuant to Federal

Rule of Civil Procedure 41(b) and the court's inherent power.


                                        **SO ORDERED.**


                                        _____/S/_____
                                        **NINA GERSHON**
                                        **United States District Judge**


Dated:          Brooklyn, New York
                May 16, 2005